UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                             Case No. 06-cr-49-01-SM

Wanderlei Martins-Campos

O R D E R

Defendant's assented-to motion to continue the trial (document no. 13) is granted.

Trial has been rescheduled for the August 2006 trial period.  Defendant has filed a Waiver

of Speedy Trial Rights.

The court finds that the ends of justice served by granting a continuance outweigh

the best interest of the public and the defendant in a speedy trial, 18 U.S.C. §

3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the

defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

      Final Pretrial Conference:  July 21, 2006 at 4:45 PM

      Jury Selection:           August 1, 2006 at 9:30 AM

      SO ORDERED.


April 20, 2006

                                  Steven J. McAuliffe
                                  Chief Judge

cc:  Mark Zuckerman, Esq.
     Michael Shklar, Esq.
     U. S. Probation
     U. S. Marshal