UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                     Case No. 06-cr-49-01-SM

<u>Wanderlei Martins-Campos</u>

<u>O R D E R</u>

      Defendant's assented-to motion to continue the trial (document no. 18) is granted. Trial has been rescheduled for the October 2006 trial period. Defendant has filed a Waiver of Speedy Trial Rights.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:   September 25, 2006 at 2:30 PM

    Jury Selection:   October 3, 2006 at 9:30 AM

    SO ORDERED.

July 26, 2006

                                      Steven J. McAuliffe
                                      Chief Judge

cc:  Helen Fitzgibbon, Esq.
      Michael Shklar, Esq.
      U. S. Probation
      U. S. Marshal